UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES F. FLYNN, JR.
　　Plaintiff

V.

MICHAEL J. HOGAN, Judge,
SOPHIA H. HALL, Judge,
TIMOTHY C. EVANS, Judge,
APPELLATE COURT FIRST DISTRICT,
ATTORNEY REGISTRATION & DISCIPLINARY
COMMISSION,
JUDICIAL INQUIRY BOARD,
RICHARD A. DEVINE, STATE'S ATTORNEY,
JIM RYAN, ATTORNEY GENERAL
　　Defendants

Case No.
JUDGE MANNING

02C 7443

MAGISTRATE JUDGE SCHENKIER

RECEIVED
OCT 1 6 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
OCT 17 2002

## COMPLAINT

1. This is a case where the defendants have violated Plaintiff's 1st, 5th, 8th, 13th and 14th Amendment Rights actionable under 42 U.S.C.A. 1981, 1983, and 1985. The District Court has jurisdiction over the claims contained herein, pursuant to 28 U.S.C.A. Section 1331, 1343(A). This is a legal malpractice case against defendant Horwitz, Horwitz & Associates, LTD., which had represented plaintiff in a personal injury claim.

1

1-1

Located in the attached copies, Supreme Court of The United States, No. 99-5575, shows that all parties are guilty.

The plaintiff, James F. Flynn, Jr. complained of the defendant Horwitz, Horwitz & Associates, LTD. Attorneys and Counselor at Law as follows:

At all times mentioned, Horwitz & Associates held themselves as licensed attorneys with knowledge and experience in civil litigation in the Circuit Courts of Illinois and in the Circuit Court of Cook County. James F. Flynn, Jr. plaintiff vs. William Thomas et al defendants in the Circuit Court of Cook County under Case No. 94L15607.

When an Attorney failed to locate favorable witnesses or to keep track of their whereabouts in order to obtain their appearance in the trial or to secure their evidence deposition for use in lieu of their personal appearance in the trial is owed to the Plaintiff as a duty to exercise reasonable care and caution in the protection of the plaintiff's interests and rights in the prior cause and to be possessed of ordinary Professional Skill, competency and knowledge required to represent a litigant in the preparation for and trial of a lawsuit of the type described. This is a duty owed by Horwitz & Associates to the plaintiff arising out of an attorney-client relationship.

The negligent acts that breached this duty; Horwitz & Assoc. failed to give the plaintiff a settlement hearing before the trial. This is in violation of the plaintiff's 1st, 5th, 8th, 13th and 14th Amendment Rights.

2

Horwitz & Associates concealed from the jury the death of the lady that the truck hit simultaneously with the Plaintiff. The evidence consisted of two pedestrians two vehecles. Horwitz & Associates tried the case one pedestrian two vehecles. this evidence is a part of the common law records. Horwitz & Associates are guilty of legal malpractice before it gets to court.

The records will show the plaintiff disclosed undisputed evidence, the truck ran up on the side-walk, through forensics. By not applying the law, the defendants are in violation of plaintiff's 1st, 6th, 8th, 13th, and 14th Amenment Rights actionable under 42 U.S.C.A. 1981, 1983, and 1985.

Horwitz & Associates failed to locate favorable witnesses or keep track of their whereabouts in order to obtain their appearance in the trial or to secure their evidence depositions for use in lieu of their personal appearance at the trial such as; Bus driver is an eye witness, paramedics, police directing traffic, economist, and expert testimony of Forensic Scientist. All of this is undisputed evidence and negligence that breached its duty. This proximate cause establishes Horwitz & Associates's negligence that the plaintiff would not have sustained damages.

Horwitz & Associates failed to object to opposition attorneys' leading questions of the witnesses, and failed to cross-examine witnesses. On the stand, Horwitz & Associates didn't even ask the Plaintiff about the accident.

They used a private court-reporter that will not honor Plaintiff's pauperis petitions, however, the records will show

3

plaintiff having pauperis petitions in both circuit and Appellate Court. The defendants have made a decision without a transcription of the court's proceeding. This is all undisputed evidence in the plaintiff's favor. Which is violation of his 1st, 6th, 8th, 13th and 14th Amenment Rights actionable under 42 U.S.C.A. 1981, 1983, and 1985. It's the duty of the courts to present transcripts, The plaintiff is a pauperis.

Located in attached copies, pages 6, 7, Supreme Court of The United States, No. 99-5575, arising from Circuit Court of Cook County Case, No. 94L15607, shows the parties have pleaded guilty. This is evidence Horwitz & Associates are guilty.

The records show that the plaintiff was persueing a heavyweight boxer's career at the time of this accident. The jury's verdict shows that the heavyweight boxer's career was concealed. This is a negligent act that breached the duty of Horwitz & Associates. Here, again we have undisputed evidence, wherefore, The records will show in the plaintiff's favor.

This jury was not a jury that reflected the racial composition of the neighborhood where the collision occurred. This was not a jury of vicinage, nevertheless, The plaintiff have a right to a jury of vicinage. All of this is evidence that went undisputed, the records can show.

See, pages 8, 9, 10 in attached copies. The Judicial Inquiry Board nor the Attorney Registration and Disciplinary Commission have did nothing that bounds them by the United States Constitution. The record show that the Court witness opposition attorney put a drunk man on the stand and that it solicited a lie from. A jury that would have reflected a racial composition of the neighborhood where this collision occurred never would

04

have excepted numbskull prosecution such as this. The record will show all of this is undisputed evidence in the plaintiff's favor.

This proximate cause establishes negligence on the part of Horwitz, Horwitz & Associates LTD, a breach of duty, that violates the plaintiff of an attorney-client relationship.

The records will show that the plaintiff has had several ~~surgeries~~ operations inside his head and that he will be ill the rest of his life. This legal work has some kind of effect on his nervous system that increse his pain. The plaintiff is in no medical condition to appeal this complaint. He just has no choice but to try.

The defendants are in violation, the records will show, of the plaintiff's 1st, 6th, 8th, 13th and 14th Amendment Rights by not prosecuting his legal malpractice case against Horwitz, Horwitz & Associates, LTD, for commitment of legal malpractice. This actionable under 42 U.S.C.A. 1981, 1983, and 1985. The District Court has jurisdiction over the claims contained herein, Pursuant to 28 U.S.C.A. Section 1331, 1343(A).

The court has to know from this evidence the defendants can't answer, records show all parties having been cited. This gives this Court Jurisdiction to grant in favor of Plaintiff for the amount of $9,900,000.00. nine million nine hundred thousand dollars.

James E. Flynn, Jr.

James E. Flynn, Jr.
P.O. Box 5199
Chicago, Il. 60680

5

Flynn, James E.
_____
Petitioner

v.

No. 99-5575

Thomas, William, et al.
_____
Respondent

To _____ Counsel for Respondent:

YOU ARE HEREBY NOTIFIED pursuant to Rule 12.3 that a petition for writ of certiorari in the above-entitled case was filed in the Supreme Court of the United States on June 10, 1999, and placed on the docket August 4, 1999. Pursuant to Rule 15.3, the due date for a brief in opposition is September 3, 1999. If the due date is a Saturday, Sunday, or federal legal holiday, the brief is due on the next day that is not a Saturday, Sunday, or federal legal holiday.

Unless the Solicitor General of the United States represents the respondent, a waiver form is enclosed and should be sent to the Clerk only in the event you do not intend to file a response to the petition.

Only counsel of record will receive notification of the Court's action in this case. Counsel of record must be a member of the Bar of this Court.

_____
Counsel for Petitioner

_____
Number and Street

_____
City, State, and Zip Code

_____
Telephone Number

NOTE: This notice is for notification purposes only, and neither the original nor a copy should be filed in the Supreme Court.

# WAIVER

## SUPREME COURT OF THE UNITED STATES

Supreme Court Case No. 99-5575

Flynn, James E.                                    v.    Thomas, William et al.
(Petitioner)                                              (Respondent)

I DO NOT INTEND TO FILE A RESPONSE to the petition for a writ of certiorari unless one is requested by the Court.

Please check one of the following boxes:

☐ Please enter my appearance as Counsel of Record for all respondents.

☒ There are multiple respondents, and I do not represent all respondents. Please enter my appearance as Counsel of Record for the following respondent(s):

Pedro Tinoco individually and as agent of J & S Towing and J & S Towing

I certify that I am a member of the Bar of the Supreme Court of the United States (Please explain if your name has changed since your admission):

Signature: [signature]

Date: 8-18-99

(Type or print) Name: James C. Truax

☒ Mr.   ☐ Ms.   ☐ Mrs.   ☐ Miss

Firm: c/o Parrillo, Weiss & O'Halloran

Address: 77 W. Wacker Drive, 50th Floor

City & State: Chicago, IL                                Zip: 60601

Phone: (312) 701-1111 or (312) 236-4244

A COPY OF THIS FORM MUST BE SENT TO PETITIONER'S COUNSEL OR TO PETITIONER IF PRO SE. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE IS REQUIRED.

SEE REVERSE FOR INSTRUCTIONS
DOCKET

Appendix

7

William A. Sunderman, Esq.
*Chairman*
Hon. Lester D. Foreman
*Vice Chairman*
Hon. Frederick J. Kapala
Jill W. Landsberg, Esq.
Lindsay Parkhurst, Esq.
Christine I. Takada



## STATE OF ILLINOIS
## JUDICIAL INQUIRY BOARD

Kathy D. Twine, Esq.
*Executive Director*
*General Counsel*

100 West Randolph Street
Suite 14-500
Chicago, Illinois 60601-3233
312/814-5554
800/227-9429
TDD 312/814-1881
FAX 312/814-5719

July 15, 2002

Mr. James F. Flynn, Jr.
P.O. Box 5199
Chicago, IL 60680

Dear Mr. Flynn:

The Judicial Inquiry Board ("Board") has concluded its review of the allegations raised in your request for an investigation and has determined to close the matter. The Board's determination to close the matter is in no way an opinion as to the merits of your court case.

Please note that the Board is prohibited, pursuant to the confidentiality provisions contained in its Constitutional authority and Rules of Procedure, from disclosing specifics regarding its decision, findings or information about its deliberations of any matter.

Thank you for bringing your concerns to the Board's attention.

Very truly yours,

Kathy D. Twine
Executive Director &
General Counsel

KDT: bms

Visit our website at: www.state.il.us/jib



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza, 130 East Randolph Drive, Suite 1500, Chicago 60601-6219
Phone: 312/565-2600 or 800/826-8625   Fax: 312/565-2320

Hilton Offices, Suite 201, 700 East Adams Street, Springfield, IL 62701-1
Phone: 217/522-6838 or 800/252-8048   Fax: 217/522-2417

**RECEIVED**
MAY 0 6 2002
ATTY. REG. & DISC. COMM.
CHICAGO

## REQUEST FOR AN INVESTIGATION OF A LAWYER

PLEASE PRINT OR TYPE:

1. **James F. Flynn, Jr.**
   Your name

   **P.O. Box 5199**
   Street address

   **Chicago** City   **Illinois** State   Apt. # **60680** Zip

   ( ) **none**   ( ) **none**
   Home phone number   Business phone number

2. **Richard A. Devine**
   Name of lawyer you are complaining about

   **Cook County STATE'S ATTORNEY**
   Name of law firm

   **500 Richard J. Daley Center**
   Street address                                                    Suite number

   **Chicago** City   **Illinois** State   **60602** Zip   ( )
                                                          Phone number

3. Did you employ the lawyer?

   ☐ Yes
   If yes, when was the lawyer hired? _____
   How much did you pay the lawyer? _____

   ☒ No
   If no, what is your connection to the lawyer? **I sued county official, he's not doing his job.**

4. If your complaint relates to a lawsuit, please give the following:
   - Name of court (for example: Circuit Court of Cook County) **Circuit Court of Cook County / Appellate Court First District**
   - Name of case: **James F. Flynn, Jr. Plaintiff, vs. Howard Hanwitz + Assoc. LTD Defendant**
   - Case number: **Circuit Court # 99L12562 / Appellate Court # 1-01-0189**

- continued on reverse side -

9

5. Please describe what the lawyer did or failed to do that you believe may have been improper. If you employed the lawyer, explain what you employed the lawyer to do. Include important dates and the names, addresses and telephone numbers of witnesses and other people involved. Do not include opinions or arguments. Attach copies of any documents that support your complaint, such as fee agreements, receipts, checks, letters and court papers.

I'm presently sueing Horwitz Horwitz + Assoc LTD. whom is a Cook County official under the Illinois' constitution. The State's Attorney's office is to represent I.

Any time you sue a County official, the State Attorney is to be officailly for or against the officail. Richard A. Devine has not done his job, as the Cook County State's Attorney.

May 6, 2002
Date

James E Flynn Jr.
Signature

10