JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

JUDGE MANNING

I. (a) PLAINTIFFS                                         DEFENDANTS

James E. Flynn, Jr.                                       Michael J. Hogan, Judge et al

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Cook     COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Cook
(EXCEPT IN U.S. PLAINTIFF CASES)                          (IN U.S. PLAINTIFF CASES ONLY)

MAGISTRATE JUDGE SCHENKIER   NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)   ATTORNEYS (IF KNOWN)

James E. Flynn, Jr. Pro Se
P.O. Box 6199
Chicago, IL. 60680

02C 7443

DOCKETED OCT 17 2002

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

[Nature of suit categories listed — none selected except ☒ 440 Other Civil Rights]

## VI. CAUSE OF ACTION

42 U.S.C.A. 1981, 1983, and 1985 Civil Conspiracy in Violation of 1st, 5th, 8th, 13th, & 14th (Amendment Rights)

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 9,900,000.00
CHECK YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

## VIII.

This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 10/16/02
SIGNATURE OF ATTORNEY OF RECORD  James E. Flynn, Jr.